UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MABEL LAWRENCE,<br><br>             Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>             Defendant. | NO. CV-04-185-MWL<br><br>ORDER ADOPTING REPORT AND<br>RECOMMENDATION TO REMAND FOR<br>FURTHER PROCEEDINGS |

**BEFORE THE COURT** is Plaintiff's motion for summary judgment (Ct. Rec. 6) and defendant's motion to remand. (Ct. Rec.14.) On April 5, 2005, Magistrate Judge Michael Leavitt filed a report and recommendation to grant defendant's motion to remand for further administrative proceedings. (Ct. Rec. 17.) Plaintiff timely filed objections. (Ct. Rec. 18.) Plaintiff is represented by Amy Gilbrough and the Commissioner by Special Assistant United States Attorney Carol Hoch. The parties did not consent to proceed before a United States Magistrate Judge. The report and recommendation (Ct. Rec. 17) is **ADOPTED** in its entirety.

Plaintiff moved the court for an order of remand for immediate payment of benefits. (Ct. Rec. 6, 16.) The magistrate judge's report

ORDER ADOPTING REPORT AND
RECOMMENDATION TO REMAND
FOR FURTHER PROCEEDINGS - 1

found that the ALJ failed to give adequate reasons for failing to fully credit plaintiff's testimony. (Ct. Rec. 17.) Plaintiff contends that if her testimony is fully credited, she is limited to sedentary work. (Ct. Rec. 18.)

Plaintiff misconstrues the role of the reviewing court. The ALJ is not required to fully credit the Plaintiff's testimony, but he is required to adequately explain why it has not been fully credited. And, even if this Court could properly fully credit plaintiff's credibility, her asserted ability to perform work at a sedentary level would require a finding that she is not disabled. Plaintiff's first objection to the report is unavailing.

Plaintiff notes that the Magistrate Judge found that the ALJ did not properly address several medical opinions. (Ct. Rec. 18 at 3-4.) Some of these opinions favor a finding of disability and some do not. (Ct. Rec. 17 at 9.) For this reason remand for further administrative proceedings is appropriate.

Plaintiff acknowledges that the Court has discretion to determine whether a case should be remanded for a finding of disability or for further administrative proceedings. (Ct. Rec. 18 at 4.) The medical record is inconsistent and credibility must be reassessed. These are tasks appropriately undertaken by the agency rather than the reviewing court; accordingly, the case should be remanded for further administrative proceedings.

For the reasons stated above, the report and recommendation filed by the Magistrate Judge (Ct. Rec. 17) **IS HEREBY ADOPTED** in its entirety.

ORDER ADOPTING REPORT AND
RECOMMENDATION TO REMAND
FOR FURTHER PROCEEDINGS - 2

1 **IT IS ORDERED** that the District Court Executive **SHALL FILE** this Order and serve copies of it on the parties.

**DATED** this 22ND day of April, 2005.

s/ ROBERT H. WHALEY
UNITED STATES DISTRICT COURT JUDGE